**People of the State of Illinois, Plaintiff-Appellee, v. Willie Osborne, Defendant-Appellant.**

**Gen. No. 52,159. (Abstract of Decision.)**

First District, Second Division.

October 29, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Marshall J. Hartman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James R. Truschke, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.